**(Official Form 1) (9/01)**

| FORM B1 | UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF TEXAS<br>CORPUS CHRISTI DIVISION | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First Middle): <br>**TransTexas Gas Corporation** | Name of Joint Debtor (Spouse) (if individual, enter Last, First Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Social Security/Tax Identification No. (if more than one, state all): <br>**76-0401023** | Social Security/Tax Identification No. (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, State and Zip Code): <br>**1300 N. Sam Houston Pkwy, East** <br>**Houston, TX  77032** | Street Address of Joint Debtor (No. and Street, City, State and Zip Code): |
| County of Residence or of the Principal Place of Business: <br>**Harris** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): <br>**1300 N. Sam Houston Pkwy, East** <br>**Houston, TX  77032** | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor (if different from street address above):

Harris, Wharton, Jefferson, and Galveston Counties

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue**   (Check any applicable box)

þ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

.. There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor**   (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed**   (Check one box) |
|---|---|
| .. Individual(s)            .. Railroad <br> þ Corporation          .. Stockbroker <br> .. Partnership          .. Commodity Broker <br> .. Other _____ | .. Chapter 7       þ Chapter 11       .. Chapter 13 <br> .. Chapter 9       .. Chapter 12 <br> .. Section 304 - Case ancillary to foreign proceeding |

| **Nature of Debts**   (Check one box) | **Filing Fee**   (Check one box) |
|---|---|
| .. Consumer/Non-Business          þ Business | þ Full Filing Fee attached |
| **Chapter 11 Small Business**   (Check all boxes that apply) <br> .. Debtor is a small business as defined by 11 U.S.C. Sec. 101. <br> .. Debtor is & elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | .. Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3. |

**Statistical/Administrative Information**   (Estimates only)

þ Debtor estimates that funds will be available for distribution to unsecured creditors.

.. Debtor estimates that, after any exempt property is excluded and administrative expenses are paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 <br> .. | 16-49 <br> .. | 50-99 <br> .. | 100-199 <br> .. | 200-999 <br> .. | 1000-Over <br> þ |
|---|---|---|---|---|---|---|

| Estimated Assets | $0 to $50,000 <br> .. | $50,001 to $100,000 <br> .. | $100,001 to $500,000 <br> .. | $500,001 to $1 million <br> .. | 1,000,001 to $10 million <br> .. | $10,000,001 to $50 million <br> .. | $50,000,001 to $100 million <br> .. | More than $100 million <br> þ |
|---|---|---|---|---|---|---|---|---|

| Estimated Debts | $0 to $50,000 <br> .. | $50,001 to $100,000 <br> .. | $100,001 to $500,000 <br> .. | $500,001 to $1 million <br> .. | 1,000,001 to $10 million <br> .. | $10,000,001 to $50 million <br> .. | $50,000,001 to $100 million <br> .. | More than $100 million <br> þ |
|---|---|---|---|---|---|---|---|---|

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2002 (Build 5.2.0.72, ID 0779265272)*

(Official Form 1) (9/01)                                                                                                     FORM B1, Page 2

| **Voluntary Petition (page 2)**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):   **TransTexas Gas Corporation** |
|---|---|

| **Prior Bankruptcy Case(s) Filed Within Last 6 Years**   (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:<br>**USBC Southern District of Texas** | Case Number:<br>**99-21550** | Date Filed:<br>**4/19/1999** |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case(s) Filed by any Spouse, Partner or Affiliate of this Debtor**   (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____

**X** _____

Telephone Number (If not represented by an attorney)

**11/14/2002**
Date

### Signature of Attorney

**X  /s/ Stephen A. Roberts**

  Stephen A. Roberts          Bar No. **17019200**

**Strasburger & Price**
**600 Congress, Ste. 2600**
**Austin, Tx 78701**

Phone No. **(512) 499-3600**          Fax No. **(512) 499-3660**

11/14/2002
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

  **TransTexas Gas Corporation**

**X  /s/ Ed Donahue**

  Ed Donahue
  Printed Name of Authorized Individual
  **VP and CFO**
  Title of Authorized Individual
  **11/14/2002**
  Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

þ    Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner named in the foregoing petition that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

**X** _____
                                                                Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

··    Yes, and Exhibit C is attached and made a part of this petition.

þ    No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

**X** _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both (11 U.S.C. § 110; 18 U.S.C. § 156).

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE:   **TransTexas Gas Corporation**                                             CASE NO

                        *Debtor(s)*                                                  CHAPTER   **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

1.  Debtor's employer identification number is_____ **76-0401023** _____.

2.  If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is_____ **0-30475** _____.

3.  The following financial data is the latest available information and refers to the debtor's condition on_____ **9/30/2002** _____.

    a. Total Assets                              $97,950,746.00

    b. Total Liabilities                         $302,942,103.00

| Secured debt | Amounts | Approximate number of holders |
|---|---|---|
| Fixed, liquidated secured debt | $221,000,372.00 | 442 |
| Contingent  secured debt | $545,374.00 | 5 |
| Disputed secured debt | $16,071,986.00 | 4 |
| Unliquidated secured debt | $57,615,805.00 | 545 |
| **Unsecured debt** | **Amounts** | **Approximate number of holders** |
| Fixed, liquidated unsecured debt | $4,392,708.00 | 209 |
| Contingent  unsecured debt | $2,143,981.00 | 898 |
| Disputed unsecured debt | $529,609.00 | 6 |
| Unliquidated unsecured debt | $642,267.00 | 16 |
| **Stock** | **Amounts** | **Approximate number of holders** |
| Number of shares of preferred stock | 52364869 | 164333875 |
| Number of shares of common stock | 634488 | 63448832 |

*Comments, if any*

4.  Brief description of debtor's business:
    *The exploration for, production and sale of natural gas and oil.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE:   **TransTexas Gas Corporation**                                    CASE NO

                        *Debtor(s)*                                              CHAPTER   **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

*Continuation Sheet No. 1*

---

5.  List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 20% or more of the voting securities of the debtor:

    *CS First Boston Corporation (Pref. Stock 37.2% - 61,100,150) (Common Stock 38.7% - 24,547,505)*
    *High River (Icahn) (Pref. Stock 34.3% - 56,374,872 (Common Stock 32.5% - 20,604,424)*

6.  List the name of all corporations 20% or more of the outstanding voting securities of which are directly or indirectly owned, controlled, or held, with power to vote, by debtor:

    *Galveston Bay Processing Corporation - 100%*
    *Galveston Bay Pipeline Company - 100%*

---

I, the _____ **VP and CFO** _____ of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Exhibit "A" to Voluntary Petition, and that it is true and correct to the best of my information and belief.

Date: __**11/14/2002**_____          Signature: __**/s/ Ed Donahue**_____
                                                                              ***Ed Donahue***
                                                                              **VP and CFO**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE:   **TransTexas Gas Corporation**                                    CASE NO

*Debtor(s)*                                                CHAPTER    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this Chapter 11 case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. Sec. 101(30), or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.*

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, goverment contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| US Bank Corp. Trust Service CM-9705 PO Box 70870 St. Paul, MN 55170-9705 | | Notes | *Unliquidated* | **$216,333,333.00** **Value: $19,050,542.19** |
| CREDIT SUISSE FIRST BOSTON MANAGEMENT CORPORATION 11 MADISON AVENUE NEW YORK, NY 10010 | | Trade Debt | | **$2,000,000.00** |
| R & B FALCON DRILLING USA TRANS OCEAN SENDCO FOREX PO BOX 1968 HOUMA, LA 70361 | | Trade Debt | *Contingent* | **$1,000,000.00** |
| JIM WELLS SWD, INC. PO BOX 17029 SUGARLAND, TX 77496 | | Trade Debt | *Disputed Setoff* | **$475,018.81** |
| STROOCK, STROOCK & LAVAN LLP 180 MAIDEN LANE NEW YORK, NY 10038-4982 | | Attorney Fees | *Setoff* | **$193,783.02** |
| KEY ENERGY SERVICES INC PO BOX 676364 DALLAS, TX 75267-6364 | | Trade Debt | | **$20,580.82** |
| TRINITY STORAGE SRVS, LP D/B/A TRINITY FIELD SERVICES 3700 BUFFALO SPEEDWAY, Ste1000 HOUSTON, TX 77098-3705 | | Trade Debt | *Disputed Setoff* | **$18,224.80** |

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

IN RE:   **TransTexas Gas Corporation**                                    CASE NO

*Debtor(s)*                                                                CHAPTER   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, goverment contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| DIAMOND""B"" INDUSTRIES, LLC<br>PO BOX 10310<br>NEW IBERIA, LA 70562-0310 | | Trade Debt | | **$17,050.00** |
| HANOVER COMPRESSOR COMPANY<br>PO BOX 201160<br>DALLAS, TX 75320-1160 | | Trade Debt | *Disputed* | **$10,915.05** |
| HOUSTON SUPPLY AND MANUFACTURING CO. INC.<br>PO BOX 91387<br>HOUSTON, TX 77091 | | Trade Debt | | **$10,311.11** |
| SHANNON, MARTIN, FINKELSTEIN et al<br>2400 TWO HOUSTON CENTER<br>909 FANNIN STREET<br>HOUSTON, TX 77010 | | Attorney Fees | *Setoff* | **$5,765.70** |
| GARDERE WYNNE SEWELL LLP<br>3000 THANKSGIVING TOWER<br>1601 ELM STREET, SUITE 3000<br>DALLAS, TX 75201 | | Attorney Fees | *Setoff* | **$5,620.70** |
| KIVA CONSTRUCTION & ENGINEERING, INC.<br>PO BOX 429<br>ANAHUAC, TX 77514 | | Trade Debt | | **$5,358.85** |
| NABORS DRILLING USA, LP<br>PO BOX 297600<br>HOUSTON, TX 77297 | | Trade Debt | *Disputed*<br>*Setoff* | **$5,111.18** |
| THOMAS PETROLEUM, INC.<br>PO BOX 4317<br>VICTORIA, TX 77903-4317 | | Trade Debt | | **$4,079.47** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE:   **TransTexas Gas Corporation**                    CASE NO

                    *Debtor(s)*                    CHAPTER   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, goverment contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| MARK W GODWIN 4322 MISTIY TIMBERS WAY KINGWOOD, TX 77345 | | Trade Debt | | $4,043.87 |
| BOYD & DAVIDSON, LLC. 4411 BLUEBONNET SUITE 101 STAFFORD, TX 77477 | | Trade Debt | | $4,000.00 |
| ADVANCED RECORD STORAGE 10692 HADDINGTON DR. HOUSTON, TX 77043 | | Trade Debt | | $3,268.85 |
| APPLIED TERRA VISION SYS INC 15305 DALLAS PARKWAY SUITE 1100 ADDISON, TX 75001 | | Trade Debt | *Disputed* | $2,940.32 |
| SUPERIOR ENERGY SERVICES CORP F/K/A CARDINAL SERVICES PO BOX 95375 NEW ORLEANS, LA 70195 | | Trade Debt | | $2,628.00 |

I, the _____**VP and CFO**_____ of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date:_____

Signature:___**/s/ Ed Donahue**_____
                    ***Ed Donahue***
                    **VP and CFO**