**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE:   **TransTexas Gas Corporation,   Debtor**                    CASE NO   **02-21926**

CHAPTER   **11**

## SCHEDULE A (REAL PROPERTY)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 2.8413 acres; Reserve B6, Northgreen Park 2.8413 acres; Reserve B6, Northgreen Park Harris County, Texas Plus Improvements theron (Office Location)- Office Bldg. (Net Book Value) (TAB 1) | Fee Simple | | $1,496,813.66 | $0.00 |
| 2.8413 acres Reserve B6, Northgreen Park 2.8413 acres Reserve B6, Northgreen Park Harris County, Texas Plus Improvements thereon (Office Location)- Land (Net Book Value) (TAB 1) | Fee Simple | | $452,820.00 | $0.00 |
| 2.1256 acres, Reserve B6, Northgreen Park 2.1256 acres, Reserve B6, Northgreen Park Harris County, Texas (Net Book Value) (TAB 1) | Fee Simple | | $232,641.23 | $0.00 |
| Oil & Gas Leases/Fee mineral int./overriding royalty int. Various oil & gas leases, completed wells & related equipment located mainly in Galveston & Wharton Counties, TX (Net Book Value) (TAB 1) | Leases & Interest | | $54,142,592.61 | $0.00 |
| Easements, surface rights and fixtures associated with an including gathering systems, transportation pipelines, amine plants, compression and dehydration facilities (Net Book Value) (TAB 1) | Easements, leases, etc. | | $22,165,294.59 | $0.00 |
| | | | $78,490,162.09 | $0.00 |

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

IN RE:  **TransTexas Gas Corporation,   Debtor**

CASE NO   **02-21926**

CHAPTER   **11**

## SCHEDULE A (REAL PROPERTY)

*Continuation Sheet No. 1*

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | | | |
| | | | $78,490,162.09 | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE:  **TransTexas Gas Corporation**                                    CASE NO   **02-21926**

CHAPTER   **11**

## SCHEDULE B (PERSONAL PROPERTY)

| Type of Property | None | Description and Location of Property | | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | PettyCash Accounts | | **$3,553.57** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | See AttachedScheduleB.2 Bank Accounts&Certificatesof Deposit (TAB2) | | **$4,780,440.34** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | See AttachedScheduleB.3 SecurityDeposits (TAB3) | | **$260,428.83** |
| 4. Household goods and furnishings including audio, video and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | See AttachedScheduleB.9 (TAB4) | | **$1,006,386.39** |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| | | | Total  > | **$6,050,809.13** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE:   **TransTexas Gas Corporation**                    CASE NO   **02-21926**

                                                        CHAPTER   **11**

## SCHEDULE B (PERSONAL PROPERTY)

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Itemize. | X | | | |
| 12. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | | See Attached Schedule B.12 (TAB 5) | | $1,228,428.98 |
| 13. Interests in partnerships or joint ventures. Itemize. | | See Attached Schedule B.13 (TAB 6) | | **Unknown** |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | | Accounts Receivable (Invoiced & Accrue dat 11/14/02) (TAB 7) | | $9,120,216.61 |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| | | | Total  > | $16,399,454.72 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE:  **TransTexas Gas Corporation**                    CASE NO   **02-21926**

                                                          CHAPTER   **11**

## SCHEDULE B (PERSONAL PROPERTY)

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |
| 20. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | See Attached Schedule B.20 Other Contingent & Unliquidated Claims (TAB 8) | $0.00 |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | | Echo Geophysicas Access to 3-D Pool-No License Ownership | Unknown |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | | Various Computer Hardware/Software/Siesmic Licenses | Unknown |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | Vehicles in Harris, Wharton, Webb & Galveston counties, Texas (Net Book Value)(NBV) (TAB 1) | $0.00 |
| 24. Boats, motors, and accessories. | X | | |
| 25. Aircraft and accessories. | X | | |
| 26. Office equipment, furnishings, and supplies. | | Computer equipment, furnishings, supplies & equipment (TAB 9) | $516,484.68 |
| 27. Machinery, fixtures, equipment, and supplies used in business. | | Included in Schedule A - Machinery & equipment associated with gathering systems, transportation pipelines, amine plants, compression & dehydration facilities. | $0.00 |
| 28. Inventory. | | See Attached Schedule B.28 & Condensate (oil) Prod. in Tank | $672,830.26 |
| | | Total  > | $17,588,769.66 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE:   **TransTexas Gas Corporation**

CASE NO   **02-21926**

CHAPTER   **11**

## SCHEDULE B (PERSONAL PROPERTY)

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | (TAB 10) | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed.  Itemize. | | See Attached Schedule B.33 A & B (TAB 11) | | $664,829.16 |
| | | | Total  > | $18,253,598.82 |

INRE: **TransTexas Gas Corporation**
_____
Debtor

_____
Joint Debtor

CASE NO **02-21926**
_____
(If Known)

CHAPTER  **11**

## SCHEDULE D (CREDITORS HOLDING SECURED CLAIMS)

˙˙   Check this box if debtor has no creditors holding secured claims to report on Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Ad Valorem Taxes**<br>**See Attached Schedule D**<br>**Ad Valorem Taxes**<br>**(TAB 12)** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Taxes**<br>COLLATERAL:<br>**All assets**<br>REMARKS:<br>**Property Tax Lien 1/1/02, Past Due After 1/31/03 Property Taxes Balance From CH.11.1999**<br><br>COLLATERAI VALUE:  **$3,282,619.97** | | | X | **$3,282,619.97** | **$0.00** |
| ACCT #:<br><br>**Coastline Resources**<br>**KRM Investments**<br>**1177 W. Loop South, Ste. 1670**<br>**Houston, TX 77027** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Note**<br>COLLATERAL:<br>**Per Security Agreement**<br>REMARKS:<br>**Note Payment Amount Includes Interest at 9/30/02**<br><br>COLLATERAI VALUE:  **$208,591.23** | | | | **$208,591.23** | **$0.00** |
| ACCT #:<br><br>**GMACC**<br>**1290 Avenue of the Americas**<br>**New York, NY 10104** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Loan**<br>COLLATERAL:<br>**All assets**<br>REMARKS:<br>**Lien on Inventory & Accounts Receivable Line of Credit**<br><br>COLLATERAI VALUE:  **$937,879.70** | | | | **$937,879.70** | **$0.00** |
| ACCT #:<br><br>**GMACC**<br>**1290 Avenue of the Americas**<br>**New York, NY 10104** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Loan**<br>COLLATERAL:<br>**All assets**<br>REMARKS:<br>**Revolving Credit Note & Term Loan (Includes interest at 9/30/02)**<br><br>COLLATERAI VALUE:  **$52,212,763.92** | | | X | **$52,212,763.92** | **$0.00** |
| ACCT #:<br><br>**Jefferies Analytical Trading Group, Inc.**<br>**650 5th Avenue**<br>**New York, NY 10019** | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**Trade Debt**<br>COLLATERAL:<br>**Galveston Bay Processing Corp. stock**<br>REMARKS:<br>**(Amount of claim includes principal & interest)**<br>**Galveston Bay Processing Corporation**<br>COLLATERAI VALUE:  **$3,233,945.44** | | | X | **$3,233,945.44** | **$0.00** |

_____**2**_____continuation  sheets attached

| | |
|---|---|
| Total for this Page (Subtotal) > | **$59,875,800.26** / **$0.00** |
| Running Total > | **$59,875,800.26** / **$0.00** |

INRE: **TransTexas Gas Corporation**

_____
Debtor

CASE NO **02-21926**
_____
(If Known)

CHAPTER **11**

_____
Joint Debtor

## SCHEDULE D (CREDITORS HOLDING SECURED CLAIMS)

*Continuation Sheet No. 1*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**M&M Lien Creditors**<br>**See Attached Schedule D**<br>**M&M Liens (TAB 13)**<br>**(From Ch. 11, 1999)** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Liens**<br>COLLATERAL:<br>**Various Wells**<br>REMARKS:<br>**Allowed M&M Liens 1999 Ch. 11**<br>**M&M Liens-Interest Accrual Ch. 11,**<br>**1999**<br><br>COLLATERAL VALUE:    **$8,568,116.72** | X | X | X | $8,568,116.72 | $0.00 |
| ACCT #:<br><br>**Royalty Interest Owners**<br>**Attached Schedule**<br>**Royalty Interest Owners**<br>**(TAB 14)** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Trade Debt**<br>COLLATERAL:<br>**Production Payment**<br>REMARKS:<br>**Produced & sold natural Gas &**<br>**Condensate in Oct., billed & paid in**<br>**Nov. (Lien created by Sec.9.319)**<br><br>COLLATERAL VALUE:    **$512,914.97** | | X | | $512,914.97 | $0.00 |
| ACCT #:<br><br>**Royalty Interest Owners**<br>**Attached Schedule**<br>**Royalty Interest Owners**<br>**(TAB 15)** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Trade Debt**<br>COLLATERAL:<br>**Cash at Fleet Bank**<br>REMARKS:<br>**Royalty Suspense**<br><br><br>COLLATERAL VALUE:    **$612,002.98** | | X | | $612,002.98 | $0.00 |
| ACCT #:<br><br>**Royalty Interest Owners**<br>**Accrued From Production**<br>**11/01/02 - 11/14/02** | | DATE INCURRED:<br>NATURE OF LIEN:<br><br>COLLATERAL:<br><br>REMARKS:<br>**Royalty Accrual**<br><br>COLLATERAL VALUE:    **$321,253.06** | | X | | $321,253.06 | $0.00 |
| ACCT #:<br><br>**State of Texas**<br>**Comptroller of Public Accounts**<br>**111 E. 7th Street**<br>**Austin, TX 78774-0100** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Taxes**<br>COLLATERAL:<br>**All assets**<br>REMARKS:<br>**Severance Taxes-Due for Sept., Oct., &**<br>**Nov. 14, 2002**<br><br>COLLATERAL VALUE:    **$48,418.49** | | X | | $48,418.49 | $0.00 |
| Total for this Page (Subtotal) > | | | | | | $10,062,706.22 | $0.00 |
| Running Total > | | | | | | $69,938,506.48 | $0.00 |

INRE: **TransTexas Gas Corporation**

_____
Debtor

CASE NO **02-21926**
_____
(If Known)

CHAPTER **11**

_____
Joint Debtor

## SCHEDULE D (CREDITORS HOLDING SECURED CLAIMS)

*Continuation Sheet No. 2*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**State of Texas**<br>**Comptroller of Public Accounts**<br>**111 E. 7th Street**<br>**Austin, TX 78774-0100** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Taxes**<br>COLLATERAL:<br>**All assets**<br>REMARKS:<br>**Interest**<br><br>COLLATERAL VALUE:   **$1,485,216.60** | X | X | X | $1,485,216.60 | $0.00 |
| ACCT #:<br><br>**State of Texas**<br>**Comptroller of Public Accounts**<br>**111 E. 7th Street**<br>**Austin, TX 78774-0100** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Taxes**<br>COLLATERAL:<br>**All assets**<br>REMARKS:<br>**Severence Taxes (1999 Ch. 11) (not resolved)**<br><br>COLLATERAL VALUE:   **$7,148,828.29** | X | X | X | $7,148,828.29 | $0.00 |
| ACCT #:<br><br>**US Bank Corp. Trust Service**<br>**CM-9705**<br>**PO Box 70870**<br>**St. Paul, MN 55170-9705** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Bonds & Accrued Interest**<br>COLLATERAL:<br>**Bonds & Accrued Interest**<br>REMARKS:<br>**Senior Notes,**<br>**Interest at 9/15/02**<br>**Interest Accrued 9/30/02**<br><br>COLLATERAL VALUE:   **$18,172,209.54** | | | X | $220,000,000.00 | $201,827,790.46 |
| ACCT #: | | DATE INCURRED:<br>NATURE OF LIEN:<br><br>COLLATERAL:<br><br>REMARKS:<br><br>COLLATERAL VALUE: | | | | | |
| ACCT #: | | DATE INCURRED:<br>NATURE OF LIEN:<br><br>COLLATERAL:<br><br>REMARKS:<br><br>COLLATERAL VALUE: | | | | | |
| | | | | | Total for this Page (Subtotal) > | $228,634,044.89 | $201,827,790.46 |
| | | | | | Running Total > | $298,572,551.37 | $201,827,790.46 |

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

IN RE:   **TransTexas Gas Corporation**                                       CASE NO     **02-21926**

                                                                             CHAPTER     **11**

## SCHEDULE E (CREDITORS HOLDING UNSECURED PRIORITY CLAIMS)

¨  Check this box if debtor has no creditors holding unsecured priority claims to report on Schedule E.

**TYPES OF PRIORITY CLAIMS**      (Check the appropriate box(es) if claims in that category are listed on the attached sheets)

¨  **Extensions of credit in an involuntary case**
*Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. Sec. 507(a)(2).*

¨  **Wages, salaries, and commissions**
*Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $4,650* per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided by 11 U.S.C. Sec. 507(a)(3).*

¨  **Contributions to employee benefit plans**
*Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. Sec. 507(a)(4).*

¨  **Certain farmers and fishermen**
*Claims of certain farmers and fishermen, up to a maximum of $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. Sec. 507(a)(5).*

¨  **Deposits by individuals**
*Claims of individuals up to a maximum of $2,100* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. Sec. 507(a)(6).*

¨  **Alimony, Maintenance, or Support**
*Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. Sec. 507(a)(7).*

þ  **Taxes and certain other debts owed to governmental units**
*Taxes, customs duties, and penalties owing to federal, state, and local government units as set forth in 11 U.S.C. Sec. 507(a)(8).*

¨  **Commitments to Maintain the Capital of an Insured Depository Institution**
*Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. Sec. 507(a)(9).*

¨  **Administrative allowances under 11 U.S.C. Sec. 330**
*Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C Secs. 326, 328, 329 and 330.*

*\* Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.  The amounts shown above were effective beginning April 1, 2001.*

_____**1**_____continuation  sheets attached

INRE: __TransTexas Gas Corporation__
Debtor

CASE NO __02-21926__
(If Known)

CHAPTER __11__

Joint Debtor

## SCHEDULE E (CREDITORS HOLDING UNSECURED PRIORITY CLAIMS)

*Continuation Sheet No. 1*

| TYPE OF PRIORITY | Taxes |
|---|---|

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|
| ACCT #: <br>**Internal Revenue Service** <br>**Spec. Proc. Div. - BK Section** <br>**STOP 5020 Hou** <br>**1919 Smith** <br>**Houston, TX 77002** | | DATE INCURRED: <br>CONSIDERATION: <br>**Taxes** <br>REMARKS: <br>**Federal Unemployment Taxes** <br>**Federal Withholding** <br>**Federal FICA & Medicare** | | | | $73,762.83 | $73,762.83 |
| ACCT #: <br>**State of Texas** <br>**Comptroller of Public Accounts** <br>**111 E. 7th Street** <br>**Austin, TX 78774-0100** | | DATE INCURRED: <br>CONSIDERATION: <br>**Taxes** <br>REMARKS: <br>**Sales Tax** <br>**Various Districts** <br>**Accrued at 11/14/02** | | | | $7,770.14 | $7,770.14 |
| ACCT #: <br>**Texas Workforce Commission** <br>**TEC Building - Bankruptcy** <br>**101 E. 15th Street** <br>**Austin, TX 78778** | | DATE INCURRED: <br>CONSIDERATION: <br>**State Unemployment Taxes** <br>REMARKS: <br>**(3rd Qtr. 2002)** <br>**State Unemployment Taxes** <br>**(Bal. Ch. 11, 1999)** | | | | $64,713.48 | $64,713.48 |
| ACCT #: <br>**TransTexas Gas Employees** | | DATE INCURRED: <br>CONSIDERATION: <br>**Wages & Related Benefits** <br>REMARKS: <br>**Paid or to be paid in ordinary course** | | | | $117,946.86 | $117,946.86 |
| ACCT #: <br>**TransTexas Gas Employees** | | DATE INCURRED: <br>CONSIDERATION: <br>**Vacation Accrual and Retention Bonus** <br>REMARKS: | | | | $1,030,916.00 | $1,030,916.00 |
| ACCT #: | | DATE INCURRED: <br>CONSIDERATION: <br>REMARKS: | | | | | |
| ACCT #: | | DATE INCURRED: <br>CONSIDERATION: <br>REMARKS: | | | | | |
| | | | | | Total for this Page (Subtotal) > | $1,295,109.31 | $1,295,109.31 |
| | | | | | Running Total > | $1,295,109.31 | $1,295,109.31 |

INRE: __TransTexas Gas Corporation__
_____
Debtor

CASE NO __02-21926__
(If Known)

CHAPTER  __11__

_____
Joint Debtor

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

¨  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**A/W Mechanical Services, Inc.**<br>**PO Box 70308**<br>**Houston, TX 77270-0308** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$1,769.13** |
| ACCT #:<br>**Ace USA**<br>**c/o Montlake Insurance Holdings**<br>**1601 Chestnut St., TL34K**<br>**Philadelphia, PA 19103** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$10,142.00** |
| ACCT #:<br>**ADT Security Services**<br>**P.O. Box 371956**<br>**Pittsburgh, PA 15250** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$644.09** |
| ACCT #:<br>**Advanced Record Storage**<br>**10692 Haddington Drive**<br>**Houston, TX 77043** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$4,776.66** |
| ACCT #:<br>**AFLAC Insurance**<br>**1932 Wynnton Road**<br>**Columbus, GA 31999-1140** | | DATE INCURRED:<br>CONSIDERATION:<br>**Supplemental Insurance**<br>REMARKS:<br>**Administrative Cost** | | | | **$2,848.82** |
| ACCT #:<br>**AFLAC Insurance**<br>**1932 Wynnton Road**<br>**Columbus, GA 31999-1140** | | DATE INCURRED:<br>CONSIDERATION:<br>**Supplemental Insurance**<br>REMARKS:<br>**Witholding from employees paycheck** | | | | **$7,770.14** |
| ACCT #:<br>**Allen, Jesse**<br>**1300 N. Sam Houston Pkwy E.**<br>**Houston, TX 77032-2949** | | DATE INCURRED:<br>CONSIDERATION:<br>**Expenses**<br>REMARKS: | | | | **$332.88** |

_____19_____ continuation  sheets attached

| | |
|---|---|
| Total for this Page (Subtotal) > | $28,283.72 |
| Running Total > | $28,283.72 |

INRE: **TransTexas Gas Corporation**
_____
Debtor

CASE NO  **02-21926**
(If Known)

CHAPTER  **11**

_____
Joint Debtor

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)
_Continuation Sheet No. 1_

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Applied Terravision Sys. Inc.**<br>**15305 Dallas Parkway**<br>**Suite 1100**<br>**Addison, TX 75001** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | X | $0.00 |
| ACCT #:<br>**Aquarium Environments Inc.**<br>**2414 Tangley**<br>**Houston, TX 77005** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $70.14 |
| ACCT #:<br>**Aramark Uniform Service, Inc.**<br>**PO Box 1339**<br>**Stafford, TX 77497-1339** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $53.48 |
| ACCT #:<br>**AT&T**<br>**PO Box 2969**<br>**Omaha, NE 68103-2969** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $951.72 |
| ACCT #:<br>**AT&T**<br>**PO Box 2971**<br>**Omaha, NE 68103-2971** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $125.13 |
| ACCT #:<br>**Autophone of Laredo, Inc.**<br>**PO Box 2218**<br>**Laredo, TX 78044** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $63.28 |
| ACCT #:<br>**Baldwins Industrial Services, Inc.**<br>**PO Box 300287**<br>**Houston, TX 77230-0287** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,300.29 |

| | |
|---|---|
| Total for this Page (Subtotal) > | $2,564.04 |
| Running Total > | $30,847.76 |

INRE: **TransTexas Gas Corporation**
_____
Debtor

_____
Joint Debtor

CASE NO **02-21926**
(If Known)

CHAPTER **11**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 2*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Benefit Planners, etc.**<br>**1300 N. Sam Houston Parkway E.**<br>**Houston, TX 77032** | | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Insurance - Accrual**<br>REMARKS: | | X | | $160,301.39 |
| ACCT #:<br>**Benefit Planners, etc.**<br>**1300 N. Sam Houston Parkway E.**<br>**Houston, TX 77032** | | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Insurance - Accrual**<br>REMARKS: | | | | $765.28 |
| ACCT #:<br>**Bloomberg L.P.**<br>**499 Park Avenue**<br>**New York, NY 10022-1240** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $477.88 |
| ACCT #:<br>**Blue Cross/Blue Shield**<br>**P.O. Box 660112**<br>**Dallas, TX 75266-0112** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $6,753.46 |
| ACCT #:<br>**Bockoff, Michael A.**<br>**1300 N. Houston Pkwy East**<br>**Houston, TX 77032-2949** | | DATE INCURRED:<br>CONSIDERATION:<br>**Expenses**<br>REMARKS: | | | | $735.38 |
| ACCT #:<br>**Browning-Ferris Industries**<br>**BFI W. Houston Commercial**<br>**PO Box 78703**<br>**Phoenix, AZ 85062-8703** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $131.49 |
| ACCT #:<br>**Cambe Geological Services, Inc.**<br>**1500 Gray Street**<br>**Houston, TX 77002** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $15.00 |

Total for this Page (Subtotal) > $169,179.88

Running Total > $200,027.64

INRE: **TransTexas Gas Corporation**

_____
Debtor

_____
Joint Debtor

CASE NO  **02-21926**
(If Known)

CHAPTER  **11**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)
*Continuation Sheet No. 3*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Chase Melon Shareholders Svcs.**<br>**PO Box 360857**<br>**Pittsburgh, PA 15251** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,507.44 |
| ACCT #:<br>**Choicepoint Service Inc.**<br>**PO Box 105186**<br>**Atlanta, GA 30348** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $55.00 |
| ACCT #:<br>**Cinco Energy Land Services, Inc.**<br>**9235 Katy Freeway**<br>**Suite 400**<br>**Houston, TX 77024** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $3,122.52 |
| ACCT #:<br>**Cingular Wireless**<br>**PO Box 650574**<br>**Dallas, TX 75265-0574** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $69.27 |
| ACCT #:<br>**Cinta's Corporation 498**<br>**PO Box 40495**<br>**Houston, TX 77240-0495** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $111.02 |
| ACCT #:<br>**Circle C. Welding**<br>**1116 Kadera Road**<br>**Angleton, TX 77515** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,800.00 |
| ACCT #:<br>**Clarion Inn**<br>**500 N. Sam Houston Pkwy E.**<br>**Houston, TX 77060** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $841.62 |

| | |
|---|---|
| Total for this Page (Subtotal) > | $7,506.87 |
| Running Total > | $207,534.51 |

INRE: **TransTexas Gas Corporation**

_____
Debtor

_____
Joint Debtor

CASE NO **02-21926**
(If Known)

CHAPTER **11**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 4*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Coastal Flow Measurment Inc.**<br>**PO Box 58965**<br>**Houston, TX 77258** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $3,709.85 |
| ACCT #:<br>**Credit Suisse First Boston**<br>**Management Corporation**<br>**11 Madison Avenue**<br>**New York, NY 10010** | | DATE INCURRED:<br>CONSIDERATION:<br>**Loan**<br>REMARKS:<br>**Includes Interest**<br>**Accrued at 11/14/02** | | | | $2,199,726.00 |
| ACCT #:<br>**Cross Roads Oil Field Supply, Inc.**<br>**PO Box 1546**<br>**El Campo, TX 77437** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,616.14 |
| ACCT #:<br>**Datachem Inc.**<br>**P.O. Drawer 1840**<br>**La Place, LA 70069** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $19,394.40 |
| ACCT #:<br>**Davis Petroleum Corp.**<br>**1360 Post Oak Blvd. BHP Tower**<br>**Suite 2400**<br>**Houston, TX 77056** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $187.35 |
| ACCT #:<br>**Diamond B Industries LLC**<br>**PO Box 10310**<br>**New Iberia, LA 70562-0310** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $17,050.00 |
| ACCT #:<br>**Diamond B Industries LLC**<br>**PO Box 10310**<br>**New Iberia, LA 70562-0310** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $7,700.00 |

| | |
|---|---|
| Total for this Page (Subtotal) > | $2,249,383.74 |
| Running Total > | $2,456,918.25 |

INRE: **TransTexas Gas Corporation**
_____
Debtor

_____
Joint Debtor

CASE NO **02-21926**
(If Known)

CHAPTER **11**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)
*Continuation Sheet No. 5*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Don Rhodes & Assoc. Inc.**<br>**940 East 51st Street**<br>**Suite 108**<br>**Austin, TX 78751** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $55.09 |
| ACCT #:<br>**Donahue, Edwin B.**<br>**1300 N. Sam Houston Pkwy E.**<br>**Houston, TX 77032-2949** | | DATE INCURRED:<br>CONSIDERATION:<br>**Expenses**<br>REMARKS: | | | | $24.49 |
| ACCT #:<br>**Dru-Chem, Inc.**<br>**PO Box 1307**<br>**El Campo, TX 77437** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,967.35 |
| ACCT #:<br>**DTN Corporation**<br>**PO Box 3546**<br>**Omaha, NE 68103** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $276.04 |
| ACCT #:<br>**Duke Energy Field Services**<br>**370 17th Street, Suite 900**<br>**Denver, CO 80202** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | X | $4,939.26 |
| ACCT #:<br>**Eagle Lake Energy Srvs. Inc.**<br>**Rt 1 Box 226-G**<br>**Eagle Lake, TX 77434** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $3,901.93 |
| ACCT #:  **Cust. # 2080**<br>**El Paso Field Services**<br>**PO Box 4503**<br>**Houston, TX 77210-4503** | | DATE INCURRED:<br>CONSIDERATION:<br>**Funds Due Others**<br>REMARKS: | | | X | $24,248.40 |

| | |
|---|---|
| Total for this Page (Subtotal) > | $35,412.56 |
| Running Total > | $2,492,330.81 |

INRE: **TransTexas Gas Corporation**
_____
Debtor

_____
Joint Debtor

CASE NO **02-21926**
(If Known)

CHAPTER **11**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 6*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Encore Operating LP** <br> **777 Main Street, Ste. 1400** <br> **Ft. Worth, TX 76102** | | DATE INCURRED: <br> CONSIDERATION: <br> **Trade Debt** <br> REMARKS: | | | | $635.33 |
| ACCT #: <br> **Entergy S.W. Region** <br> **PO Box 61009** <br> **New Orleans, LA 70161-1009** | | DATE INCURRED: <br> CONSIDERATION: <br> **Trade Debt** <br> REMARKS: | | | | $136.20 |
| ACCT #: <br> **Executory Contract Creditors** <br> **(TAB 16)** | | DATE INCURRED: <br> CONSIDERATION: <br> **Contracts** <br> REMARKS: | X | X | | **Unknown** |
| ACCT #: <br> **First Choice Pest Control** <br> **Bernard S. Simons** <br> **13955 Murphy Road, Ste. 217** <br> **Stafford, TX 77477-4916** | | DATE INCURRED: <br> CONSIDERATION: <br> **Trade Debt** <br> REMARKS: | | | | $411.35 |
| ACCT #: <br> **First Choice Power, Inc.** <br> **PO Box 901088** <br> **Fort Worth, TX 76101-2088** | | DATE INCURRED: <br> CONSIDERATION: <br> **Trade Debt** <br> REMARKS: | | | | $1,311.14 |
| ACCT #: <br> **First Insurance Funding Corp.** <br> **135 S. LaSalle Street** <br> **Dept. 8075** <br> **Chicago, IL 60674-8075** | | DATE INCURRED: <br> CONSIDERATION: <br> **Trade Debt** <br> REMARKS: | | | | $3,167.00 |
| ACCT #: <br> **Friede Goldman Offshore TX, LP.** <br> **PO Box 201031** <br> **Dallas, TX 75320-1031** | | DATE INCURRED: <br> CONSIDERATION: <br> **Trade Debt** <br> REMARKS: | | | | $233.33 |

Total for this Page (Subtotal) > $5,894.35

Running Total > $2,498,225.16

INRE: **TransTexas Gas Corporation**
_____
Debtor

CASE NO **02-21926**
(If Known)

CHAPTER **11**

_____
Joint Debtor

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)
_Continuation Sheet No. 7_

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Galloway, Johnson, Tompkins, et al**<br>**One Shell Square**<br>**701 Poydras Street, Ste. 4040**<br>**New Orleans, LA 70139** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | $3,022.50 |
| ACCT #:<br>**Galveston Bay Pipeline Company**<br>**1300 N. Sam Houston Pkwy E**<br>**Houston, TX 77032** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | X | X | | Unknown |
| ACCT #:<br>**Genesis Telecom, Inc.**<br>**1225 North Loop West**<br>**Suite 100**<br>**Houston, TX 77008** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | X | $0.00 |
| ACCT #:<br>**GEO MAP Company**<br>**PO Box 890143**<br>**Dallas, TX 75389-0143** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $13.25 |
| ACCT #:<br>**Godwin, Mark W.**<br>**4322 Misty Timber Way**<br>**Kingwood, TX 77345** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,411.24 |
| ACCT #:<br>**Golden Eagle Courier Inc.**<br>**PO Box 60298**<br>**Houston, TX 77205-0298** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $243.50 |
| ACCT #:<br>**Greg Halvatzis**<br>**1300 N. Sam Houston Pkwy. East**<br>**Houston, TX 77032-2949** | | DATE INCURRED:<br>CONSIDERATION:<br>**Expenses**<br>REMARKS: | | | | $412.80 |

Total for this Page (Subtotal) >    $5,103.29

Running Total >    $2,503,328.45

INRE: **TransTexas Gas Corporation**

_____
Debtor

CASE NO **02-21926**
(If Known)

CHAPTER **11**

_____
Joint Debtor

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

_Continuation Sheet No. 8_

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Greystar Corporation**<br>**PO Box 4346**<br>**Dept. 508**<br>**Houston, TX 77210** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$10,742.24** |
| ACCT #:<br>**Guardian Life Insurance**<br>**P. O. Box 51505**<br>**Los Angeles, CA**<br>**90051-5805** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$2,785.60** |
| ACCT #:<br>**Hoffpauir, Ricky J.**<br>**1300 N. Sam Houston Pkwy. East**<br>**Houston, TX 77032-2949** | | DATE INCURRED:<br>CONSIDERATION:<br>**Expenses**<br>REMARKS: | | | | **$87.41** |
| ACCT #:<br>**Houston Supply & Mfg. Co. Inc.**<br>**PO Box 91387**<br>**Houston, TX 77091** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$10,311.11** |
| ACCT #:<br>**IHS Energy Group**<br>**Department #142**<br>**Denver, CO 80271-0142** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$246.75** |
| ACCT #:<br>**IKON Office Solutions**<br>**Southwest Region**<br>**PO Box 660342**<br>**Dallas, TX 75266-0342** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$216.50** |
| ACCT #:<br>**Jefferies & Company, Inc.**<br>**650 California Street**<br>**29th Floor**<br>**San Francisco, CA 94108** | | DATE INCURRED:<br>CONSIDERATION:<br>**Financial Advisory Services**<br>REMARKS:<br>**"Success Fee"** | | | X | **$2,000,000.00** |

| | |
|---|---|
| Total for this Page (Subtotal) > | **$2,024,389.61** |
| Running Total > | **$4,527,718.06** |

INRE: **TransTexas Gas Corporation**
_____
Debtor

_____
Joint Debtor

CASE NO **02-21926**
(If Known)

CHAPTER **11**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)
*Continuation Sheet No. 9*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Jim Wells SWD Inc.**<br>**PO Box 17029**<br>**Sugarland, TX 77496** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | X | $0.00 |
| ACCT #:<br>**Joe's Septic Service**<br>**1508 Palacios**<br>**El Campo, TX 77437** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $12.38 |
| ACCT #:<br>**John T. Jakubik & Assoc.**<br>**4309 Greenbriar**<br>**Stafford, TX 77477** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $813.80 |
| ACCT #:<br>**John. R. Stanley**<br>**4 Shorelake Drive**<br>**Kingwood, TX 77339** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>**Balance of Severance Pay, Includes taxes that will be withheld if paid (Includes interest 10% thru 11/14/02)** | | | X | $820,493.00 |
| ACCT #:<br>**Justin Brune Welding**<br>**dba Justin Brune**<br>**PO Box 266**<br>**Wharton, TX 77488** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $764.00 |
| ACCT #:<br>**KDR Supply, Inc.**<br>**PO Box 10130**<br>**Liberty, TX 77575** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $2,015.38 |
| ACCT #:<br>**Kinder Morgan Ship Channel**<br>**PO Box 70605**<br>**Chicago, IL 60673-0605** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | X | $36,318.35 |
| | | | Total for this Page (Subtotal) > | | | $860,416.91 |
| | | | Running Total > | | | $5,388,134.97 |

INRE: **TransTexas Gas Corporation**

Debtor

Joint Debtor

CASE NO **02-21926**

(If Known)

CHAPTER **11**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 10*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Kiva Construction & Engineering, Inc.**<br>**PO Box 429**<br>**Anahuac, TX 77514** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $5,358.85 |
| ACCT #:<br>**Kronberg's Flags & Flagpoles**<br>**7106 Mapleridge**<br>**Houston, TX 77081** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $123.41 |
| ACCT #:<br>**Laguna Rig Service Inc.**<br>**PO Box 4044**<br>**Victoria, TX 77903** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $550.00 |
| ACCT #:<br>**Landstar Inway, Inc.**<br>**135 S. Lasalle, Dept. 1272**<br>**Chicago, IL 60674** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $450.00 |
| ACCT #:<br>**Larry Hadley**<br>**1300 N. Sam Houston Pkwy. East**<br>**Houston, TX 77032-2949** | | DATE INCURRED:<br>CONSIDERATION:<br>**Expenses**<br>REMARKS: | | | | $403.33 |
| ACCT #:<br>**Lawsuits**<br>**See Attached Schedule F**<br>**Lawsuits**<br>**(TAB 17)** | | DATE INCURRED:<br>CONSIDERATION:<br>**NA**<br>REMARKS: | X | X | X | Unknown |
| ACCT #:<br>**Lexis Nexis**<br>**PO Box 2314**<br>**Carol Stream, IL 60132-2314** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | X | $815.00 |

| | |
|---|---|
| Total for this Page (Subtotal) > | $7,700.59 |
| Running Total > | $5,395,835.56 |

INRE: **TransTexas Gas Corporation**

_____
Debtor

_____
Joint Debtor

CASE NO **02-21926**
_____
(If Known)

CHAPTER **11**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

_Continuation Sheet No. 11_

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Lexis Nexis**<br>**PO Box 2314**<br>**Carol Stream, IL 60132-2314** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,625.66 |
| ACCT #:<br>**Lone Star Overnight LP**<br>**PO Box 149225**<br>**Austin, TX 78714** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $103.05 |
| ACCT #:<br>**Louisiana Valve Source, Inc.**<br>**PO Box 54253**<br>**New Orleans, LA 70154** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $414.00 |
| ACCT #:<br>**Massachusetts Mutual Life Ins.**<br>**Pension MGMT Flex Invest N405**<br>**1295 State Street**<br>**Springfield, MA 01111** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,375.79 |
| ACCT #:<br>**Metrocall A-R Corp. ACCTS**<br>**4100 N. 2nd Suite 600**<br>**McAllen, TX 78504** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $15.26 |
| ACCT #:<br>**Montgomery Trucking Inc.**<br>**A Rex Trucking, Inc. Affiliate**<br>**450 Holmes Road**<br>**Houston, TX 77045** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $9,200.00 |
| ACCT #:<br>**Nextel Communications, Inc.**<br>**PO Box 54977**<br>**Los Angeles, CA 90054-0977** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | | | $761.14 |
| | | | | Total for this Page (Subtotal) > | | $13,494.90 |
| | | | | Running Total > | | $5,409,330.46 |

INRE: **TransTexas Gas Corporation**
_____
Debtor

_____
Joint Debtor

CASE NO **02-21926**
_____
(If Known)

CHAPTER  **11**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)
_Continuation Sheet No. 12_

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Northbelt Utility District**<br>**PO Box 9**<br>**Spring, TX 77383** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $159.60 |
| ACCT #:<br>**Oil & Gas Measurement Equipment**<br>**PO Box 55641**<br>**Houston, TX 77255** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $3,469.75 |
| ACCT #:<br>**Ozarka Natural Spring Water**<br>**Processing Center**<br>**PO Box 52214**<br>**Phoenix, AZ 85072-2214** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $289.06 |
| ACCT #:<br>**Pacer Service Center**<br>**PO Box 277773**<br>**Atlanta, GA 30384** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | X | | $37.87 |
| ACCT #:<br>**Pacer Service Center**<br>**PO Box 277773**<br>**Atlanta, GA 30384** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $101.78 |
| ACCT #:<br>**Petroleum Industry**<br>**Inspectors, Inc.**<br>**PO Box 16884**<br>**Houston, TX 77222** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,703.78 |
| ACCT #:<br>**Pfister, William J.**<br>**1300 N. Sam Houston Pkwy. East**<br>**Houston, TX 77032-2949** | | DATE INCURRED:<br>CONSIDERATION:<br>**Expenses**<br>REMARKS: | | | | $42.15 |

Total for this Page (Subtotal) >  **$5,803.99**

Running Total >  **$5,415,134.45**

INRE: **TransTexas Gas Corporation**
_____
Debtor

CASE NO  **02-21926**
_____
(If Known)

CHAPTER  **11**

_____
Joint Debtor

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)
*Continuation Sheet No. 13*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Piontek, Walter**<br>**10171 Clover Glen Drive**<br>**Vienna, VA 22181** | | DATE INCURRED:<br>CONSIDERATION:<br>**Board and Directors Fees & Expenses**<br>REMARKS: | | | | $4,282.61 |
| ACCT #:<br>**Pitney Bowes**<br>**PO Box 856460**<br>**Louisville, KY 40285-6460** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $196.64 |
| ACCT #:<br>**Quality Diesel Service**<br>**224 Phillip Street**<br>**Wharton, TX 77488** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $502.24 |
| ACCT #:<br>**R & B Falcon Drilling USA**<br>**Trans Ocean Sendco Forex**<br>**PO Box 1968**<br>**Houma, LA 70361** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>**Drilling Contract-If TransTexas drills another well in Galveston Bay & uses Falcon, this will not be payable except on a daywork basis.** | X | X | | $1,000,000.00 |
| ACCT #:<br>**R. Gerald Bennett**<br>**13310 Perthshire**<br>**Houston, TX 77079** | | DATE INCURRED:<br>CONSIDERATION:<br>**Board of Directors Fees & Expenses**<br>REMARKS: | | | | $6,282.61 |
| ACCT #:<br>**Reliant Energy**<br>**P.O. Box 4932**<br>**Houston, TX  77210-4932** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | | | $8,961.18 |
| ACCT #:<br>**Ricoh Corporation**<br>**PO Box 100345**<br>**Pasadena, CA 91189-0345** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $68.60 |

Total for this Page (Subtotal) >  **$1,020,293.88**

Running Total >  **$6,435,428.33**

INRE: **TransTexas Gas Corporation**

_____
Debtor

CASE NO **02-21926**
_____
(If Known)

CHAPTER **11**

_____
Joint Debtor

### SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 14*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Ronald H. Benson**<br>**7256 N. Cathedral Rock Rd.**<br>**Tucson, AZ 85718** | | DATE INCURRED:<br>CONSIDERATION:<br>**Board of Directors Fees & Expenses**<br>REMARKS: | | | | $6,282.61 |
| ACCT #:<br>**Rose, Lorice Jr.**<br>**1300 N. Sam Houston Pkwy. East**<br>**Houston, TX 77032-2949** | | DATE INCURRED:<br>CONSIDERATION:<br>**Expenses**<br>REMARKS: | | | | $98.00 |
| ACCT #:<br>**Roundtree & Associates, Inc.**<br>**PO Box 22864**<br>**Jackson, MS 39225-2864** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,348.06 |
| ACCT #:<br>**Royston, Rayzor Vickery & Williams**<br>**1001 McKinney Street, Suite 1100**<br>**Houston, TX 77002-6418** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | $90.00 |
| ACCT #:<br>**S.W. Secretarial Service**<br>**2133 Loe Ellen**<br>**Houston, TX 77018** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $144.77 |
| ACCT #:<br>**Safesite, Inc.**<br>**9505 Johnny Morris Road**<br>**Austin, TX 78724** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $50.00 |
| ACCT #:<br>**San Patricio Electric Coop.**<br>**PO Drawer 400**<br>**Sinton, TX 78387** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | | | $700.64 |

| | |
|---|---|
| Total for this Page (Subtotal) > | $8,714.08 |
| Running Total > | $6,444,142.41 |

INRE: **TransTexas Gas Corporation**
_____
Debtor

CASE NO **02-21926**
_____
(If Known)

CHAPTER **11**

_____
Joint Debtor

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 15*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Schlumberger Well Services**<br>**c/o Jim Sczudlo**<br>**1325 S. Dairy Ashford**<br>**Houston, TX 77077** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $3,480.00 |
| ACCT #:<br>**Shamrock Equipment Rental**<br>**PO Box 367**<br>**Devers, TX 77538** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $5,445.49 |
| ACCT #:<br>**Sola Communications, Inc.**<br>**PO Box 90662**<br>**Lafayette, LA 70509-0662** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $755.04 |
| ACCT #:<br>**Southwestern Bell Telephone**<br>**PO Box 4706**<br>**Houston, TX 77210-4706** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,074.60 |
| ACCT #:<br>**Southwestern Bell Telephone**<br>**PO Box 650502**<br>**Dallas, TX 75265** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | X | $0.00 |
| ACCT #:<br>**Southwestern Bell Telephone**<br>**PO Box 1550**<br>**Houston, TX 77097** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | | | $51.36 |
| ACCT #:<br>**Specht Gauging**<br>**PO Box 2846**<br>**Victoria, TX 77902** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $684.66 |

|  | |
|---|---|
| Total for this Page (Subtotal) > | $11,491.15 |
| Running Total > | $6,455,633.56 |

INRE: **TransTexas Gas Corporation**
_____
Debtor

CASE NO **02-21926**
_____
(If Known)

CHAPTER **11**

_____
Joint Debtor

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)
*Continuation Sheet No. 16*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Sprint**<br>**PO Box 530581**<br>**Atlanta, GA 30353-0581** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | | | $56.90 |
| ACCT #:<br>**Stephens Office Supply Inc.**<br>**PO Box 924085**<br>**Houston, TX 77292** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $604.12 |
| ACCT #:<br>**Sundeen, Gayle C.**<br>**1300 Walnut Lane**<br>**Kingwood, TX 77339** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $640.00 |
| ACCT #:<br>**Superior Energy Services Corp.**<br>**f/k/a Cardinal Services**<br>**PO Box 95375**<br>**New Orleans, LA 70195** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $2,628.00 |
| ACCT #:<br>**Ted E. Davis**<br>**55 Mott Lane**<br>**Houston, TX 77024** | | DATE INCURRED:<br>CONSIDERATION:<br>**Board of Directors Fees & Expenses**<br>REMARKS: | | | | $6,282.61 |
| ACCT #:<br>**Tejas Gas Marketing**<br>**One Allen Center**<br>**500 Dallas, Ste. #1000**<br>**Houston, TX 77002** | | DATE INCURRED:<br>CONSIDERATION:<br>**Funds Due Others**<br>REMARKS: | | X | | $44,393.17 |
| ACCT #:<br>**Texas Excavation Safety System Inc**<br>**PO Box 678058**<br>**Dallas, TX 75267-8058** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $173.58 |

| | |
|---|---|
| Total for this Page (Subtotal) > | $54,778.38 |
| Running Total > | $6,510,411.94 |

INRE: **TransTexas Gas Corporation**
_____
Debtor

CASE NO **02-21926**
_____
(If Known)

CHAPTER **11**

_____
Joint Debtor

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 17*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**The Canada Life Assurance Co.**<br>**PO Box 105477**<br>**Atlanta, GA 30348-5477** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,553.99 |
| ACCT #:<br>**The Harrell Group Inc.**<br>**208 N. Market Street**<br>**Suite 325**<br>**Dallas, TX 75202** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $600.00 |
| ACCT #:<br>**Thomas Petroleum, Inc.**<br>**PO Box 4317**<br>**Victoria, TX 77903-4317** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $16,143.55 |
| ACCT #:<br>**Todd, Roy W.**<br>**1300 N. Sam Houston Pkwy. East**<br>**Houston, TX 77032-2949** | | DATE INCURRED:<br>CONSIDERATION:<br>**Expenses**<br>REMARKS: | | | | $219.84 |
| ACCT #:<br>**Trinity Bay Conservation**<br>**PO Box 580**<br>**Anahuac, TX 77514** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $21.99 |
| ACCT #:<br>**Trinity Storage Services, LP**<br>**d/b/a Trinity Field Services**<br>**3700 Buffalo Speedway, Ste 1000**<br>**Houston, TX 77098-3705** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | X | $0.00 |
| ACCT #:<br>**United Parcel Service**<br>**Lockbox 577**<br>**Carol Stream, IL 60132-0577** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $444.05 |

| | |
|---|---|
| Total for this Page (Subtotal) > | $18,983.42 |
| Running Total > | $6,529,395.36 |

INRE: **TransTexas Gas Corporation**

_____
Debtor

CASE NO **02-21926**
_____ (If Known)

CHAPTER **11**

_____
Joint Debtor

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 18*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Verio Texas Inc.**<br>**PO Box 650091**<br>**Dallas, TX 75265-0091** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $349.44 |
| ACCT #:<br>**Verizon Southwest**<br>**PO Box 920041**<br>**Dallas, TX 75392** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $215.79 |
| ACCT #:<br>**Verizon Wireless**<br>**PO Box 660108**<br>**Dallas, TX 75266-0108** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,892.13 |
| ACCT #:<br>**Voicecom Premiere Tech., Inc.**<br>**135 S. Lasalle**<br>**Dept. 8130**<br>**Chicago, IL 60674-8130** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $604.58 |
| ACCT #:<br>**W.W. Grainger**<br>**Dept. 352-840488985**<br>**Palatine, IL 60038-0001** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,349.72 |
| ACCT #:<br>**Webster & Webster, LLP**<br>**The Bradley Bldg., Ste. 600**<br>**1220 West 6th St.**<br>**Cleveland, OH 44113-1309** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $10.45 |
| ACCT #:<br>**West Group**<br>**PO Box 6817**<br>**Carol Stream, IL 60197-6187** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | X | $1,000.00 |

Total for this Page (Subtotal) > $5,422.11

Running Total > $6,534,817.47

INRE: **TransTexas Gas Corporation**
_____
                          Debtor

CASE NO  **02-21926**
                  (If Known)

CHAPTER  **11**

_____
                       Joint Debtor

### SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)
_Continuation Sheet No. 19_

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**West Group**<br>**PO Box 6817**<br>**Carol Stream, IL 60197-6187** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,905.67 |
| ACCT #:<br>**West Park Communications Inc.**<br>**3731 Briarpark**<br>**Suite 200**<br>**Houston, TX 77042** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $9.55 |
| ACCT #:<br>**Wharton County Electric Coop**<br>**PO Box 31**<br>**El Campo, TX 77439** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | | | $133.77 |
| ACCT #:<br>**Witten, Lee**<br>**1300 N. Sam Houston Pkwy. East**<br>**Houston, TX 77032-2949** | | DATE INCURRED:<br>CONSIDERATION:<br>**Expenses**<br>REMARKS: | | | | $303.10 |
| ACCT #:<br>**Wood Cam Sanitary Maintenance**<br>**PO Box 3224**<br>**Victoria, TX 77903-3224** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $30.31 |
| ACCT #:<br>**Workstation Integrations Inc.**<br>**22028A Highland Knolls**<br>**Suite 100**<br>**Katy, TX 77450** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $2,324.75 |
| ACCT #:<br>**Wright Express Corp.**<br>**Fleet Fueling**<br>**PO Box 6293**<br>**Carol Stream, IL 60197-6293** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $2,965.22 |

Total for this Page (Subtotal) >          $7,672.37

Running Total >          $6,542,489.84

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE:   **TransTexas Gas Corporation**                                    CASE NO    **02-21926**

                                                                           CHAPTER     **11**

## SCHEDULE G (EXECUTORY CONTRACTS AND UNEXPIRED LEASES)

¨   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **See Attached**<br>Schedule G-Executory Contracts<br>(TAB 16) | . |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE:  **TransTexas Gas Corporation**                                    CASE NO    **02-21926**

                                                                         CHAPTER    **11**

## SCHEDULE H (CODEBTORS)

þ  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Galveston Bay Pipeline Company**<br>1300 N Sam Houston Pkwy. East<br>Houston, TX 77032-2949 | **Jefferies Analytical Trading Group, Inc.**<br>650 5th Avenue<br>New York, NY 10019 |
| **Galveston Bay Processing Corp.**<br>1300 N. Sam Houston Pkwy. East<br>Suite 340<br>Houston, TX 77032-2949 | **Jefferies Analytical Trading Group, Inc.**<br>650 5th Avenue<br>New York, NY 10019 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE:   **TransTexas Gas Corporation**                    CASE NO   **02-21926**

CHAPTER    **11**

## SUMMARY OF SCHEDULES

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | $78,490,162.09 | | |
| B - Personal Property | Yes | 4 | $18,253,598.82 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $298,572,551.37 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | $1,295,109.31 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 20 | | $6,542,489.84 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| Total Number of Sheets of ALL Schedules  > | | 33 | | | |
| Total Assets  > | | | $96,743,760.91 | | |
| Total Liabilities  > | | | | $306,410,150.52 | |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE:  **TransTexas Gas Corporation**                          CASE NO   **02-21926**

                                                                CHAPTER   **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### *DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP*

     I, the _____ **VP and CFO** _____ of the _____ **Corporation** _____ named as debtor in this case,
declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **34** _____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date  12/31/2002 _____          Signature  **/s/ Ed Donahue** _____
                                                         **Ed Donahue**
                                                         **VP and CFO**


*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. Sections 152 and 3571*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE:   **TransTexas Gas Corporation**                          CASE NO   **02-21926**

                                                            CHAPTER   **11**

# STATEMENT OF FINANCIAL AFFAIRS

---

### 1. Income from employment or operation of business

None

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) | |
|---|---|---|
| $57,974,000.00 | Natural Gas, Condensate & NGL'S | YTD, 11/14/02 |
| $134,383,000.00 | Natural Gas, Condensate & NGL'S | 2/1/01 - 1/31/02 |
| $190,091,000.00 | Natural Gas, Condensate & NGL'S | 2/1/00 - 1/31/01 |
| . | (NGL - Natural Gas Liquids) Fiscal Year is February 1 - January 31 | |

---

### 2. Income other than from employment or operation of business

None
þ

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 3. Payments to creditors

None

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| See Attached Schedule 3a (TAB 18) | | $20,925,360.07 | |

None

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| See Attached Schedule 3b (TAB 19) | | | |

---

### 4. Suits and administrative proceedings, executions garnishments and attachments

None

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| See Attached Schedule 4a (TAB 20) | | | |

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

IN RE:  **TransTexas Gas Corporation**

CASE NO  **02-21926**

CHAPTER  **11**

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 1*

---

None
þ

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 5. Repossessions, foreclosures and returns

None
þ

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 6. Assignments and receiverships

None
þ

a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
þ

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 7. Gifts

None
··

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| See Attached Schedule 7 (TAB 21) | | | $2,668.00 |

---

### 8. Losses

None
þ

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE:  **TransTexas Gas Corporation**                                    CASE NO    **02-21926**

                                                                         CHAPTER    **11**

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 2*

---

**9. Payments related to debt counseling or bankruptcy**

None
..

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

|  | DATE OF PAYMENT, | |
| NAME AND ADDRESS OF PAYEE | NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| **See Attached Schedule 9 (TAB 22)** | | |

---

**10. Other transfers**

None
þ

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**11. Closed financial accounts**

None
..

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | TYPE AND NUMBER OF | |
|  | ACCOUNT AND AMOUNT | AMOUNT AND DATE OF |
| NAME AND ADDRESS OF INSTITUTION | OF FINAL BALANCE | SALE OR CLOSING |
| **See Attached Schedule 11 (TAB 23)** | | |

---

**12. Safe deposit boxes**

None
þ

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None
..

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| **See Attached Schedule 13 a. & 13 b. (TAB 24)** | | |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE:   **TransTexas Gas Corporation**                                    CASE NO    **02-21926**

                                                                                        CHAPTER    **11**

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 3*

---

None
..

**14. Property held for another person**

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| See also Schedule G - (Under TAB 25) | Executory Contracts for Listing of LEASED equipment, vehicles, etc. | |

---

None
b

**15. Prior address of debtor**

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

None
b

**16. Spouses and Former Spouses**

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None
b

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None
b

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

IN RE:  **TransTexas Gas Corporation**                                                      CASE NO   **02-21926**

                                                                                            CHAPTER    **11**

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

None
b

c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

### 18. Nature, location and name of business

None
..

a.  If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME, ADDRESS, AND TAXPAYER I.D. NUMBER | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|
| **See Attached Schedule 18c (TAB 26)** | | |

---

None
b

b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. Section 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
..

a.  List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **George C. Wright 1300 N. Sam Houston Pkwy. East Suite 310, Houston, TX 77032** | **1996 - 2002** |

---

None
..

b.  List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **PriceWaterhouseCoopers 1100 Louisiana, Suite 4100 Houston, TX 77002** | **2001 & 2002** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE:  **TransTexas Gas Corporation**                    CASE NO   **02-21926**

                                                           CHAPTER    **11**

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 5*

---

None
··        c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

**NAME**                              **ADDRESS**

George C. Wright                     1300 N. Sam Houston Pkwy East
                                     Suite 310, Houston, Texas 77032

---

None
··        d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

**NAME AND ADDRESS**                  **DATE ISSUED**

See Attached Schedule 19d
(TAB 27)

---

### 20. Inventories

None
þ        a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None
þ        b.  List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

---

### 21. Current Partners, Officers, Directors and Shareholders

None
þ        a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None
··        b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|                          |          | **NATURE AND PERCENTAGE** |
| **NAME AND ADDRESS**     | **TITLE** | **OF STOCK OWNERSHIP** |

See Attached Schedule 21b
(TAB 28)

---

### 22. Former partners, officers, directors and shareholders

None
þ        a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None
··        b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

**NAME, ADDRESS AND TITLE**           **DATE OF TERMINATION**

John R. Stanley                       3/15/02
Chairman and Chief Executive Officer
1300 N. Sam Houston Pkwy East
Houston, TX 77032

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE:  **TransTexas Gas Corporation**

CASE NO  **02-21926**

CHAPTER  **11**

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 6*

---

### 23. Withdrawals from a partnership or distributions by a corporation

None
..

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| See 3b  (UNDER TAB 19) | | |

---

### 24. Tax Consolidation Group

None
..

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
|---|---|
| TransAmerican Natural Gas Corp, until March 17, 2000 | 74-1558270 |

---

### 25. Pension Funds

None
þ

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

---

### *DECLARATION CONCERNING DEBTOR'S STATEMENT OF FINANCIAL AFFAIRS*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto, consisting of _____**7**_____ sheets, and that they are true and correct.

Date   12/31/2002

Signature   **/s/ Ed Donahue**

**Ed Donahue**
**VP and CFO**

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. Sections 152 and 3571*