UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| TRANSTEXAS GAS CORPORATION | § | CASE NO. 02-21926-C-11 |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

### THE UNSECURED CREDITOR'S COMMITTEE MOTION FOR AUTHORITY TO PAY FUNDS INTO THE REGISTRY OF THE COURT

Richard T. Chapman, attorney for the Unsecured Creditors Committee would show the Court as follows:

**1.**

More than ninety days have lapsed since the date of the distribution of funds by the Committee, and the checks to the parties below in the amounts indicated remain outstanding. Pursuant to 11 U.S.C. Sec. 347, the Committee has stopped payment on the checks which were written to the following parties in the captioned case:

| Check # | Amount | Name |
|---|---|---|
| 74505 | $320.40 | Landstar Inway |
| 74515 | $585.61 | Nextel of Texas |
| 74518 | $1,213.09 | Petroleum Industry |
| 74536 | $324.99 | Specht Gauging |
| 74554 | $857.96 | Baldwins Industrial Services |
| 74570 | $102.36 | Wharton County Coop. |
| 74572 | $1,655.22 | Workstation Integrations |
| 74582 | $1,281.60 | Chris Caso dba Circle C Welding |
| 74559 | $273.58 | Texas Workforce Commission |
| 74615 | $1,201.15 | Kelly, Hart & Hallman, PC |
| Total | $7,815.96 | |

The Committee proposes to pay the amount indicated over to the Registry of the Court for disposition pursuant to Chapter 129 of Title 28 U.S. Code.

**2.**

The Committee requests entry of an order authorizing the payment of foregoing amount to the Clerk.

**3.**

The Committee would show that the relief requested is administrative in nature, and that no notice of this motion need be given to the parties in interest in the case. The attorney for the Committee would show that he has diligently attempted to notify each party of the existence of these funds, that such efforts have been unsuccessful, and that further attempts to notify the payees would be futile.

Wherefore, premises considered, the undersigned Committee prays that the Court enter an order authorizing the deposit of the funds above into the registry of the Court.

Dated: March 16, 2010                          Respectfully submitted,

ANDERSON, SMITH, NULL, STOFER, L.L.P.
One O'Connor Plaza, 7th Floor
Post Office Box 1969
Victoria, Texas  77902
(361) 573-9191
(361) 573-5288 FAX

/s/ Richard T. Chapman
Richard T. Chapman,
State Bar No.  04130100
Admission No. 1305
ATTORNEY FOR UNSECURED
CREDITOR COMMITTEE

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that the foregoing pleading was served upon the U.S. Trustee, either first class mail on March 18, 2010, or by electronic noticing pursuant to the Local Bankruptcy Rules.

          */s/ Richard T. Chapman*
          RICHARD T. CHAPMAN

39359J:\RTC\Transtexas Gas Corporation\Motion to pay funds into registry 03-16-10.doc